```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

STORMY ALMONTE CAMACHO,

Defendants.

1:25-cr-263-MKV

**ORDER ACCEPTING
GUILTY PLEA**

---

MARY KAY VYSKOCIL, United States District Judge:

WHEREAS, with the defendant's informed consent, his waiver of indictment and his guilty plea allocation were made before United States Magistrate Judge Sarah Netburn on June 9, 2025 (the "Plea Hearing");

WHEREAS, a transcript of the Plea Hearing was made and thereafter was transmitted to the District Court;

WHEREAS, a copy of the May 9, 2025 Plea agreement the defendant signed with the Government was transmitted to the District Court; and

WHEREAS, upon review of that transcript, Plea Agreement, and the record in this case, this Court has determined that the defendant knowingly and voluntarily waived his right to be indicted by a grand jury, entered the guilty plea to the charge in the Information knowingly and voluntarily, and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED.**

**Date: June 25, 2025
New York, NY**

_____
**MARY KAY VYSKOCIL
United States District Judge**