USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 1:25-cr-00263-MKV |
| STORMY ALMONTE CAMACHO, | **SCHEDULING ORDER** |
| Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

The Court accepted Defendant's guilty plea on June 25, 2025 [ECF No. 34] and scheduled sentencing in this matter for September 24, 2025 at 11:00 AM. [ECF No. 35]. This Court's Individual Rules of Practice in Criminal Cases clearly states that a defendant's sentencing submission is due "no later than two weeks before the date set for sentencing" and the government's sentencing submission is due "no later than one week before the date set for sentencing." *See* Rule 6(B). As of the date of this Order neither the Defendant nor the Government has submitted sentencing submissions with respect to Defendant's upcoming sentencing.

Accordingly, IT IS HEREBY ORDERED that the sentencing scheduled for September 24, 2025 is ADJOURNED *sine die*. The Court will issue a separate Order rescheduling this sentencing. IT IS FURTHER ORDERED that on or before September 24, 2025, parties shall show cause, in writing, why parties have failed to comply with the Court's Individual Rules of Practice.

**SO ORDERED.**

Date: September 17, 2025
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**