USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STORMY ALMONTE CAMACHO,

Defendants.

1:25-cr-00263-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The sentencing hearing in this matter is scheduled for December 4, 2025 at 11:00 AM. Accordingly, IT IS HEREBY ORDERED that Defendant's sentencing submission is due on or before November 20, 2025. IT IS FURTHER ORDERED that the Government's sentencing submission is due on or before November 28, 2025.

**SO ORDERED.**

Date: **September 22, 2025**
      **New York, NY**

_____
**MARY KAY VYSKOCIL
United States District Judge**