USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/02/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STORMY ALMONTE CAMACHO,

Defendants.

1:25-cr-00263-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On September 14, 2026, Mr. Stormy Almonte Camacho (the "Defendant") filed a pro se motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g). [ECF No. 52]. On September 23, 2026, the Court, Defendant's Counsel, and Government Counsel received an email regarding Defendant's pro se motion alleging that Defendant's Counsel refused to assist with the matter. [ECF No. 53]. Later that day, Defendant's Counsel responded via email explaining that she was unaware Defendant filed the motion pro se and that she was unaware of Defendant's efforts to contact her. [ECF No. 54]. Defendant's Counsel indicated she would "promptly communicate with Mr. Camacho and review the status of the property at issue," and "confer with Government counsel as appropriate regarding the status and disposition of the property." *Id.*

Accordingly, it is hereby ORDERED that Defendant's Counsel shall promptly confer with Defendant and Government Counsel regarding the status of the property at issue in Defendant's motion.

It is further ORDERED that, on or before October 9, 2026, Defendant's Counsel and Government Counsel shall file a joint letter on the docket appraising the Court of the status of Defendant's motion, [ECF No. 52], and the status of the property at issue.

**SO ORDERED.**

Date: October 2, 2026
New York, New York

Mary Kay Vyskocil
United States District Judge