USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STORMY ALMONTE CAMACHO,

Defendants.

1:25-cr-00263-MKV

**ORDER TO SHOW CAUSE**

MARY KAY VYSKOCIL, United States District Judge:

On September 14, 2026, Mr. Stormy Almonte Camacho (the "Defendant") filed a pro se motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g). [ECF No. 52]. On September 23, 2026, the Court, Defendant's Counsel, and Government Counsel received an email regarding Defendant's pro se motion alleging that Defendant's Counsel, **Genesis A. Peduto, Esq.**, refused to assist with the matter. [ECF No. 53]. Ms. Peduto responded via email, promising to "promptly communicate with Mr. Camacho and review the status of the property at issue," and "confer with Government counsel as appropriate regarding the status and disposition of the property." [ECF No. 54].

On October 2, 2026, this Court ordered Defendant's Counsel to confer with Defendant and Government Counsel "regarding the status of the property at issue in Defendant's motion." [ECF No. 55]. The Court also ordered Defendant's Counsel and Government Counsel to "file a joint letter on the docket appraising the Court of the status of Defendant's motion, [ECF No. 52], and the status of the property at issue" on or before October 9, 2026. [ECF No. 55]. They have failed to do so. This is particularly concerning given Defendant's alleged fruitless attempts to reach Ms. Peduto, *see* [ECF Nos. 52, 53], and Ms. Peduto's assurances to this Court that she was unaware of those attempts and that she would promptly communicate with Defendant and Government Counsel, [ECF No. 54].

Accordingly, it is HEREBY ORDERED that on or before **October 21, 2026**, Defendant's Counsel, specifically **Genesis A. Peduto, Esq.**, and Government Counsel, specifically **Matthew J. King** and **Jeffrey William Coyle,** shall file a **join letter** showing cause as to why they failed to comply with this Court's Order, [ECF No. 55].

It is FURTHER ORDERED that Defendant's Counsel shall promptly confer with Defendant and Government Counsel regarding the status of the property at issue in Defendant's motion, [ECF No. 52].

It is FURTHER ORDERED that, on or before **October 21, 2026**, Defendant's Counsel and Government Counsel shall file a **joint letter** on the docket appraising the Court of the status of Defendant's motion, [ECF No. 52], and the status of the property at issue.

**The Parties and all counsel are on notice that failure to comply with Court Orders, the Federal Rules of Criminal Procedure, the Local Rules, this Court's Individual Rules of Practice in Criminal Cases, or any applicable rules governing professional ethics or conduct may result in sanctions, including monetary sanctions on counsel and/or the Parties; preclusion of claims, defenses, evidence, and motion practice; and dispositive sanctions.**

The Clerk of Court is respectfully requested to mail a copy of this Order and a copy of docket entry numbers 53, 54, and 55 to Defendant at his address listed at ECF No. 52.

**SO ORDERED.**

**Date:** **October 14, 2026**
**New York, New York**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge