USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STORMY ALMONTE CAMACHO,

Defendants.

1:25-cr-00263-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' joint letter, [ECF No. 58], filed in response to the Court's Order to Show Cause, [ECF No. 57]. Counsel advise they are facilitating the return of Defendant's property, and propose submitting a joint status letter by November 4, 2026 to appraise the Court of the status of Defendant's property. The parties request that the Court hold Defendant's motion for return of property, [ECF No. 52], in abeyance, while arrangements are made to return Defendant's property.

Accordingly, the parties are HEREBY ORDERED to file a joint status letter on or before November 4, 2026, appraising the Court of the status of Defendant's property identified in Defendant's motion, [ECF No. 52]. The parties' request to hold Defendant's motion in abeyance is DENIED. The Court will evaluate Defendant's motion and request for relief after the parties file their forthcoming status letter.

**SO ORDERED.**

**Date:** **October 21, 2026**
**New York, NY**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge