UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/09/2026

UNITED STATES OF AMERICA,

-against-

STORMY ALMONTE CAMACHO,

Defendant.

1:25-cr-00263-MKV

ORDER DENYING MOTION FOR RETURN OF PROPERTY AS MOOT

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the Parties' October 28, 2026 joint letter advising that "the property-return issue underlying Defendant Stormy Almonte Camacho's motion pursuant to Federal Rule of Criminal Procedure 41(g) . . . has been resolved," as "all property sought in Defendant's Rule 41(g) motion has been returned to his designated representative." [ECF No. 60] at 1–2. The parties therefore request that the Court "deem Defendant's pending motion . . . moot." *Id.* at 2.

Accordingly, Defendant's motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g), [ECF No. 52], is DENIED without prejudice as moot.

The Clerk of Court is respectfully requested to terminate docket entry number fifty-two. The Clerk of Court is also respectfully requested to mail a copy of this Order and a copy of docket entry number sixty to Defendant at his address listed at [ECF No. 52].

**SO ORDERED.**

**Date: November 9, 2026**
**New York, NY**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge